**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kalari Jackson Girtley
                                Plaintiff,

v.                                             Case No.: 1:24–cv–12396
                                                          Honorable Charles P. Kocoras

Caleel + Hayden, LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: The parties have filed a Notice of Settlement [12]. They indicate they have settled the matter and are in the process of finalizing an agreement, and anticipate filing a stipulation of dismissal within the next 30 days. The status report ordered due on 3/17/2025 [11] is stricken and all deadlines are stayed pending the execution of the settlement agreement. If dismissal papers are not filed by 4/11/2025, a status report regarding the progress of the settlement is due on that date. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.